UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JENNIFER JASON, et al.,

           Plaintiffs,

   v.

UNITE HERE,

           Defendant.

CASE NO. C05-820JLR

MINUTE ORDER

      The following minute order is made by the direction of the court, the Honorable James L. Robart:

      After conducting a telephone conference today to discuss disputes arising in the course of completing discovery on personal jurisdiction, the court modifies the schedule it set in its September 23, 2005 minute order (Dkt. # 27) as follows:

      (1)    Defendant shall respond to Plaintiffs' discovery requests related to personal jurisdiction no later than October 18, 2005.

      (2)    The court RENOTES Defendant's motion to dismiss (Dkt. # 21) for October 25, 2005.

      (3)    Plaintiffs shall respond to the motion no later than October 21, 2005.

      (4)    Defendant may file a reply no later than October 25, 2005.

MINUTE ORDER – 1

Filed and entered this 13th day of October, 2005.

BRUCE RIFKIN, Clerk

By    s/Mary Duett
      Deputy Clerk

MINUTE ORDER – 2